IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSE MARTINEZ, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONAL HEALTH PARTNERS, LT. BODINE, LT. METZGER, C.O. MILLER, & JANE DOE-JOHN DOE,<br><br>Defendants. | CV 19-00093-BLG-SPW-TJC<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Plaintiff Jose Martinez, a pretrial detainee proceeding without counsel, has filed an Amended Complaint alleging Defendants violated his rights under the United States Constitution (Doc. 7). The Court has considered whether Mr. Martinez's Amended Complaint is frivolous, malicious, fails to state a claim, or seeks solely monetary relief from a defendant who is immune. *See* 28 U.S.C. §§ 1915(e)(2), 1915A(b). Dismissal is not appropriate at this time. Defendants must respond to the Complaint. *See* 42 U.S.C. § 1997e(g)(2).

Although listed in the caption of the Amended Complaint, Mr. Martinez did not name C.O. Miller as a Defendant in the parties section of his Amended Complaint and he did not raise any allegations against C.O. Miller in the Amended Complaint. C.O. Miller, therefore need not respond to the Amended Complaint

1

and he will be recommended for dismissal.

Based on the foregoing, the Court issues the following:

## ORDER

1. Pursuant to Fed.R.Civ.P. 4(d), the Court requests Defendants to waive service of summons of the Amended Complaint by executing, or having counsel execute, the Waiver of Service of Summons.  Defendants must return the Waiver to the Court within 30 days of the entry date of this Order.  If Defendants choose to return the Waiver of Service of Summons, their answer or appropriate motion will be due within 60 days of the date of this Order pursuant to Fed.R.Civ.P. 12(a)(1)(B).  *See also* 42 U.S.C. § 1997e(g)(2).

2. The Clerk of Court shall send the following documents to Defendants:

   * Complaint (Doc. 2);

   * January 6, 2020 Order (Doc. 5);

   * Amended Complaint (Doc. 7);

   * this Order;

   *  a Notice of Lawsuit & Request to Waive Service of Summons; and

   * a Waiver of Service of Summons.

3.  Any party's request that the Court grant relief, make a ruling, or take an action of any kind must be made in the form of a motion, with an appropriate caption designating the name of the motion, served on all parties to the litigation,

pursuant to Federal Rules of Civil Procedure 7, 10, and 11.  If a party wishes to give the Court information, such information must be presented in the form of a notice.  The Court will not consider requests made or information presented in letter form.

    4.  Mr. Martinez <u>shall not</u> make any motion for default until at least 70 days after the date of this Order.

    5.  Pursuant to Local 26.1(d) "no party may begin discovery until a scheduling order has been issued."

    6.  At all times during the pendency of this action, Mr. Martinez must immediately advise the Court and opposing counsel of any change of address and its effective date.  Failure to file a Notice of Change of Address may result in the dismissal of the action for failure to prosecute pursuant to Fed.R.Civ.P. 41(b).

Further, the Court issues the following:

## RECOMMENDATION

C.O. Miller should be DISMISSED as a Defendant in this action.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS & RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

Mr. Martinez may file objections to these Findings and Recommendations within fourteen (14) days after service (mailing) hereof.[1]  28 U.S.C. § 636.  Failure

---

[1] Rule 6(d) of the Federal Rules of Civil Procedure provides that "[w]hen a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail) . . . 3

3

to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

This order is not immediately appealable to the Ninth Circuit Court of Appeals.  Any notice of appeal pursuant to Fed.R.App.P. 4(a), should not be filed until entry of the District Court's final judgment.

DATED this 23rd day of April, 2020.

       */s/ Timothy J. Cavan*
       Timothy J. Cavan
       United States Magistrate Judge

---

days are added after the period would otherwise expire under Rule 6(a)."  Therefore, since Mr. Martinez is being served by mail, he is entitled an additional three (3) days after the period would otherwise expire.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSE MARTINEZ, JR., <br><br> Plaintiff, <br><br> vs. <br><br> CORRECTIONAL HEALTH PARTNERS, LT. BODINE, LT. METZGER, C.O. MILLER, & JANE DOE-JOHN DOE, <br><br> Defendants. | CV 19-00093-BLG-SPW-TJC <br><br> RULE 4 NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS |

TO:  Correctional Health Partners                    Lt. Bodine
     Yellowstone County Detention Facility           Lt. Metzger
     3165 King Avenue East                           Yellowstone County Detention Facility
     Billings, MT  59101                             3165 King Avenue East
                                                     Billings, MT  59101

Plaintiff Jose Martinez filed a lawsuit against you in this Court under the number shown above.  A copy of the Amended Complaint (Doc. 7) is attached.

This is not a summons or an official notice from the court.  It is a request that, to avoid the cost of service by the U.S. Marshals Service, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must file the signed waiver within 30 days from the date shown below, which is the date this notice was sent.

If you file the signed waiver, the action will then proceed as if you were

1

served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent to answer the Amended Complaint.  If you do not return the signed waiver within the time indicated, the Court will order the U.S. Marshals Service to personally serve the summons and Amended Complaint on you and may impose the full costs of such service.  Please read the statement below about the duty to avoid unnecessary expenses.

  DATED this 23rd day of April, 2020.

              /s/ Timothy J. Cavan
            Timothy J. Cavan
            United States Magistrate Judge

## Duty to Avoid Unnecessary Expenses of Serving a Summons

  Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.
  "Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.
  If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.
  If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSE MARTINEZ, JR.,<br><br>  Plaintiff,<br><br>vs.<br><br>CORRECTIONAL HEALTH PARTNERS, LT. BODINE, LT. METZGER, C.O. MILLER, & JANE DOE-JOHN DOE,<br><br>  Defendants. | CV 19-00093-BLG-SPW-TJC<br><br>RULE 4 WAVIER OF SERVICE OF SUMMONS |

TO:   The U.S. District Court for the District of Montana

The following Defendants acknowledge receipt of your request to waive service of summons in this case. Defendants also received a copy of the Amended Complaint (Doc. 7). I am authorized by the following Defendants to agree to save the cost of service of a summons and an additional copy of the Amended Complaint in this action by not requiring that the following individuals be served with judicial process in the case provided by Fed.R.Civ.P. 4:

_____; _____;

_____; _____;

The above-named Defendants understand that they will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but

1

waive any objections to the absence of a summons or of service. Defendants also understand that they must file and serve an answer or a motion under Rule 12 within 60 days from the date when the Request for Waiver of Service of Summons was filed and if they fail to do so default judgment will be entered against them.

Date: _____


_____
(Signature of the attorney
or unrepresented party)


_____
(Printed name)


_____
(Address)


_____
(E-mail address)


_____
(Telephone number)